UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHANIE NEILSON,

    Plaintiff

vs.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant

_____

CORRECTED STIPULATION OF DISCONTINUANCE

Case No: 3:13-CV-00551
Hon.: NAM/CFH

We hereby stipulate that the Plaintiff shall withdraw her Complaint and that this action shall be dismissed without prejudice.

Date: January 6, 2014     Signature:     *s/ Peter A. Gorton*
    Attorney for Plaintiff
    Lachman & Gorton
    1500 East Main Street
    PO Box 89
    Endicott, NY 13760

Signature:     /s/Karen t. callahan
    Karen T. Callahan
    Assistant Regional Council
    Special Assistant U.S. Attorney
    c/o Social Security Administration
    Office of General Counsel
    26 Federal Plaza, Room 3904
    New York, NY 10278-0004
    Bar No. 513794

SO ORDERED this 8th day of January, 2014

Judge's Norman A. Mordue
Senior United States District Judge